# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JERRY J. MCELROY and CARLA D. MCELROY | § § § | |
| v. | § § | Civil Action No. 4:17-CV-806 (Judge Mazzant/Judge Nowak) |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-FM1 and OCWEN LOAN SERVICING, LLC | § § § § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 1, 2018, the report of the Magistrate Judge (Dkt. #32) was entered containing proposed findings of fact and recommendations that Defendants' Motion for Summary Judgment (Dkt. #15) be **GRANTED.**

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' Motion for Summary Judgment is GRANTED. Defendants' counterclaim for foreclosure is GRANTED and Plaintiffs' claims against Defendants are DISMISSED with prejudice.

**SIGNED this 31st day of October, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE